UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID B. TRACEY, et. al., ) | |
| ) | |
| Plaintiffs, ) | Miscellaneous Action: _____ |
| ) | |
| v. ) | Related case pending in the U.S. District |
| MASSACHUSETTS INSTITUTE OF ) | Court for the District of Massachusetts, No. |
| TECHNOLOGY, et. al., ) | 1:16-CV-11620-NMG |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH A DEPOSITION SUBPOENA IN A CIVIL ACTION

Petitioner Linda Delivorias, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 45(d)(3), respectfully moves this Court to quash a deposition subpoena issued on November 20, 2018 by the plaintiffs in *Tracey, et al. v. Massachusetts Institute of Technology, et al.*, No. 1:16-cv-11620-NMG, an action pending in the United States District Court for the District of Massachusetts. Ms. Delivorias moves to quash the subpoena because it (1) provides insufficient notice of the November 28, 2018 deposition and (2) imposes an undue burden on Ms. Delivorias. Fed. Rule Civ. P. 45(d)(3)(i), (iv). For the reasons stated herein and in the attached Memorandum in Support of Motion to Quash a Deposition Subpoena in a Civil Action, Ms. Delivorias respectfully requests that the Court enter an order quashing the November 20, 2018 subpoena served on her by the plaintiffs in *Tracey* and grant any other relief that the Court deems just and proper.

On November 23, 2018, counsel for Ms. Delivorias and the *Tracey* plaintiffs conferred in good faith over the phone regarding the anticipated filing of this Motion but the parties were unable to reach an agreement with respect to the subpoena served on Ms. Delivorias.

1

Dated: November 26, 2018

Respectfully submitted,

/s/ 
Christopher J. Boran
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Phone: (312) 324-1000
Fax: (312) 324-1001
christopher.boran@morganlewis.com

ATTORNEYS FOR LINDA DELIVORIAS

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 26th day of November 2018, a copy of the foregoing Motion and accompanying Memorandum of Law and related documents were filed with the Clerk of Court and sent by e-mail and U.S. first class mail to counsel of record in *Tracey, et al. v. Massachusetts Institute of Technology, et al.*, No. 1:16-cv-11620-NMG (D. Mass.).

/s/ _____